People v Hibbert (2025 NY Slip Op 05424)





People v Hibbert


2025 NY Slip Op 05424


Decided on October 3, 2025


Appellate Division, Fourth Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on October 3, 2025

PRESENT: WHALEN, P.J., CURRAN, SMITH, NOWAK, AND HANNAH, JJ. (Filed Oct. 3, 2025.)


MOTION NO. (87/02) KA 00-02959.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
vEVERTON HIBBERT, DEFENDANT-APPELLANT.



MEMORANDUM AND ORDER
Motion for reconsideration of writ of error coram nobis denied.








